IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEN JOSEPH<br>*Plaintiff*<br>v.<br>BARCLAYS BANK DELAWARE<br>*Defendant* | CASE# 1:16-cv-00029-AT-RGV |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Ken Joseph, respectfully submits this motion for leave to file a sur-reply to Defendant's reply pursuant to Fed. R. Civ P. 7(b). A memorandum in support of this motion is attached hereto.

Nothing in the Federal Rules of Civil Procedure or this Court's Local Rules prohibits the filing of sur replies. See USMoney Source, Inc., v. Am. Int'l Specialty Lines Ins. Co., No. 1:07-cv-0682-WSD, 2008 WL 160709, at *2 n.5 (N.D. Ga. Jan.15, 2008) (granting parties' motion to file supplemental briefing and noting that although sureplies are not allowed as a matter of right, "the Court may in its discretion permit the filing of a surreply where a valid reason for such addition briefing exists.")

The Plaintiff respectfully requests that the Court exercise its discretion and grant leave to file a surreply to clarify the record and to respond to Plaintiff's argument in his reply.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully request that this Court grant his Motion for Leave in the form attached hereto and consider Plaintiff's Sur-reply in evaluating Defendant's Motion to Dismiss.

This 29th day of February, 2016.

_____

Ken Joseph
596 Middleton Place
Grayson, GA 30017
Sem252525@aol.com

Service to:

BARCLAYS BANK DELAWARE
c/o
Wyrick Robbins Yates & Pronton, LLP
Michael D. DeFrank
mdefrank@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent by first class mail USPS to counsel of record listed below for Defendant.

BARCLAYS BANK DELAWARE
c/o
Wyrick Robbins Yates & Pronton, LLP
Michael D. DeFrank
mdefrank@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com

Dated: February 29th, 2016

_____
Ken Joseph
596 Middleton Place
Grayson, GA 30017
Phone: 470-331-4557
Email: sem252525@aol.com