IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 13 2017
JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | |
|---|---|
| **KEN JOSEPH** <br> *Plaintiff* <br> v. <br> **BARCLAYS BANK DELAWARE** <br> *Defendant* | ) <br> ) <br> ) CASE# 1:16-cv-00029-AT-RGV <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Ken Joseph ("Plaintiff"), and Defendant, BARCLAYS BANK DELAWARE ("BARCLAYS"), hereby file this Joint Stipulation of Dismissal with Prejudice of all claims brought in this action and state: Plaintiff dismisses all claims against BARCLAYS with prejudice. Each party is to bear their own respective attorney's fees and costs.

Respectfully Submitted,

Dated this 6th day of September, 2017.

*[signature]*
Ken Joseph
596 Middleton Place
Grayson, GA 30017
Phone: 470-331-4557
Email: sem252525@aol.com


 /s/ Michael D. DeFrank
Michael D. DeFrank
mdefrank@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com


Service to:

BARCLAYS BANK DELAWARE
c/o
Wyrick Robbins Yates & Pronton, LLP
Michael D. DeFrank
mdefrank@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent by first class mail USPS to counsel of record listed below for Defendant.

BARCLAYS BANK DELAWARE
c/o
Wyrick Robbins Yates & Pronton, LLP
Michael D. DeFrank
mdefrank@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607
Telephone: (919) 781-4000
mdefrank@wyrick.com

Dated: September 6th, 2017

_____
Ken Joseph
596 Middleton Place
Grayson, GA 30017
Phone: 470-331-4557
Email: sem252525@aol.com